UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AMY ANDERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:18-cv-03578-JPH-MJD |
| | ) |
| QDOBA RESTAURANT CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING STAY OF DEADLINES**

The parties filed a joint motion to stay filing deadlines. Dkt. [52]. The Court **GRANTS** this motion and **ORDERS** the deadlines set by the September 25, 2020 order, dkt. 50, stayed pending the telephonic status conference on October 20, 2020.

**SO ORDERED.**

Date: 10/13/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

Distribution:

Jeanne M. Hamilton
HENNESSEY & ROACH
jhamilton@hennessyroach.com

Shannon Bogard Mize
SHARTZER LAW FIRM, LLC
smize@shartzerlaw.com

Hayleigh Jo Neumann
HENNESSY & ROACH, P.C.
hneumann@hennessyroach.com

Miriam A. Rich
HENNESSY & ROACH PC
mrich@hennessyroach.com

Jason A. Shartzer
SHARTZER LAW FIRM LLC
jshartzer@shartzerlaw.com